AO 245C  (Rev. 8/01) Sheet 1—Amended Judgment in a Criminal Case (CDIL)

## UNITED STATES DISTRICT COURT
Central _____ District of _____ Illinois

RECEIVED
2005 MAR -3  P 12: 23
US MARSHALS SERVICE
CENTRAL ILLINOIS

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| REMY J. RALEIGH | Case Number: 04-30001-003 |
| | JOSEPH MILLER |
| Date of Original Judgment: | Defendant's Attorney |
| (Or Date of Last Amended Judgment) | |

**Reason for Amendment:**
- [ ] Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- [ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P.
- [x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255 or [ ] 18 U.S.C. § 3559(c)(7)
- [ ] Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- [x] pleaded guilty to count(s)   1
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] was found guilty on count(s) after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC §841(b)(1)(B) and 846 | Conspiracy to Distribute 100 or more kilograms of marijuana | 12/12/03 | 1 |

The defendant is sentenced as provided in pages 2 to __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s)
- [x] Count(s)  2  [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: 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

Defendant's Date of Birth: 7/25/1973

Defendant's USM No.: 14178-026

Defendant's Residence Address:
3416 Pickwick Place
Lansing, MI  48917

Defendant's Mailing Address:
same as above

December 20, 2004
Date of Imposition of Judgment

s/ Richard Mills
Signature of Judicial Officer

RICHARD MILLS, US DISTRICT JUDGE
Name and Title of Judicial Officer

December 20, 2004
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
s/ Marleen Cooke
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE  3/3/04

AO 245B    (Rev. 8/01) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:   REMY J. RALEIGH
CASE NUMBER: 04-30001-003

Judgment — Page   2   of   6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 45 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before noon    on January 19, 2005

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant Surrendered on _____ to F C I

at Morgantown, WVA , with a certified copy of this judgment.

Defendant self surrendered to
FCI Morgantown on 2-18-05.
p4post for Dominic A. Gutierrez Sr.
JSO        Warden

By _____