CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

FILED
AUG 1 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| DOCKET NUMBER (Trans. Court) | 04-30001-003 |
|---|---|
| DOCKET NUMBER (Rec. Court) | 1:08:PT:15 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DIVISION |
|---|---|
| Remy J. Raleigh<br><br>Lansing, MI 48917<br><br>COPY - FILED - GR<br>August 7, 2008 3:43 PM<br>RONALD C. WESTON, SR., CLERK<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN | Springfield |

| NAME OF SENTENCING JUDGE |
|---|
| Richard Mills |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/21/08 | TO 5/20/2011 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute 100 or More Kilograms of Marijuana ; 21:846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

06/18/08
Date

s/ Jeanne E. Scott

JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 7, 2008
Effective Date

s/ Robert J. Jonker

The Honorable Robert J. Jonker
United States District Judge

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By_____ Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 8-7-08