**E-FILED**
Monday, 25 August, 2008  04:39:25 PM
Clerk, U.S. District Court, ILCD



# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL:  217.492.4020
FAX:  217.492.4028

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

August 25, 2008

U.S. District Clerk's Office
Western District of Michigan
110 Michigan St. NW
Grand Rapids, MI 49503

RE: US v Raleigh
CASE NO.  04-30001-003

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 8/25/2008, enclosed please find certified copies of the following:

1. Docket Sheet
2. Transfer of Jurisdiction
3. Indictment or Information
4. Judgment and Commitment
5. Financial ledger  (This is a multi-defendant case so the financial ledgers will remain in the Central District of Illinois, Payments to be made through the Peoria Office.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

By: _____s/Christy Taylor_____
        Deputy Clerk

Enclosure(s)
PER/