

E-FILED
Wednesday, 03 September, 2008 11:01:13 AM
Clerk, U.S. District Court, ILCD

COPY FILED 2:GR
August 28, 2008 12:54 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

August 25, 2008

1:08-pt-15
Robert J. Jonker
U.S. District Judge

U.S. District Clerk's Office
Western District of Michigan
110 Michigan St. NW
Grand Rapids, MI 49503

FILED
SEP 0 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: US v Raleigh
CASE NO. 04-30001-003

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 8/25/2008, enclosed please find certified copies of the following:

1. Docket Sheet
2. Transfer of Jurisdiction
3. Indictment or Information
4. Judgment and Commitment
5. Financial ledger  (This is a multi-defendant case so the financial ledgers will remain in the Central District of Illinois, Payments to be made through the Peoria Office.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

By: ____s/Christy Taylor_____
Deputy Clerk

Enclosure(s)
PER/